UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA DON PARTHEMORE, | No. 2:13-cv-0819 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| B. KISSEL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2014, the magistrate judge filed findings and recommendations recommending denial of plaintiff's request for injunctive relief, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations to which defendants have filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 |    1. The findings and recommendations filed March 25, 2014, are adopted in full; and

3 |    2. Plaintiff's motion for immediate injunctive relief (ECF No. 34) is denied.

DATED: April 22, 2014.

_____
UNITED STATES DISTRICT JUDGE